case set down for Monday September 29, 1930, to be argued when reached. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WILLIAM J. JESBERGER, INC., Respondent, v. HAWKINS ASSOCIATES, INC., and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ISAAC A. LICHENSTEIN and Another, Respondents, v. JAMES I. DAVIS and Another, Appellants.— Motion for stay of trial withdrawn. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOHN ORRICO, Appellant, v. GEORGE WASHINGTON HERZFELD and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

PATCHOGUE FIELD CLUB, INC., Respondent, v. JAMES I. DAVIS and Another, Appellants.— Motion for stay of trial withdrawn. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN BERMAN, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN BERMAN, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the June term. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARWAY IMPROVEMENT COMPANY, Appellant, v. CHARLES W. BERRY, as Comptroller of the City of New York, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

GERTRUDE SPECHT, Respondent, v. WILLIAM SPECHT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WALTER GEORGE TILBROOK, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Motion to resettle order denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WAXSON REALTY CORPORATION, Respondent, v. SAMUEL ROTHSCHILD, Appellant.█— Motion for reargument denied, without costs. Consideration of the statute (Real Prop. Law, § 43) and the decisions now called to our attention makes it doubtful whether the will does, strictly speaking, unlawfully suspend the power of alienation. (*Purdy* v. *Hayt*, 92 N. Y. 446; *Matter of Ryder*, 41 App. Div. 247.) In our opinion, however, this does not change the result. Sections 42█ and 43 of the Real Property Law, read together, indicate the intention that there should be no limitation either by life estate or by way of trust beyond two